**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DARRALYN C. COUNCIL,**

        **Plaintiff,**

-vs-                                         **Case No. 6:09-cv-1406-Orl-35GJK**

**DEPARTMENT OF VETERANS AFFAIRS,**
*et al.*,

        **Defendants.**
_____/

# ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Permission to Appeal in Forma Pauperis (Dkt. 51) ("the Motion"), filed on October 21, 2009. On November 6, 2009, the United States Magistrate Judge issued a Report and Recommendation (Dkt. 58), recommending that the Motion be denied. No objection to the Report and Recommendation was filed, and the deadline for objection has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), *cert. denied,* 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection

has been made by a party." <u>Jeffrey S. v. State Bd. of Educ.</u>, 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). "Whenever any party files a timely and specific objection to a finding of fact by a magistrate, the district court has an obligation to conduct a *de novo* review of the record with respect to that factual issue." <u>LoConte v. Dugger</u>, 847 F.2d 745, 750 (11th Cir. 1988). However, in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the district court record, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 25) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. Plaintiff's Motion for Permission to Appeal in Forma Pauperis (Dkt. 51) is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida, this 6th day of January 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record